Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jesus Jose Morales–Garcia raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Evelyn SMITH, Defendant–Appellant.**

**No. 06–61045
Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

June 6, 2007.

Paul David Roberts, Assistant U.S. Attorney, U.S. Attorney's Office, Northern

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

District of Mississippi, Oxford, MS, for Plaintiff–Appellee.

Thomas Constantine Levidiotis, Oxford, MS, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

Evelyn Smith appeals the 57–month sentence she received following her guilty-plea conviction for making a counterfeit security. She asserts that the district court violated *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), by using facts not admitted by Smith to enhance her sentence. Post-*Booker*, "[t]he sentencing judge is entitled to find by a preponderance of the evidence all the facts relevant to the determination of a Guideline sentencing range." *United States v. Mares*, 402 F.3d 511, 519 (5th Cir.2005). Smith has not shown that the enhancements applied by the district court were clearly erroneous. *See United States v. Lopez–Urbina*, 434 F.3d 750, 767 (5th Cir.2005); *United States v. Villanueva*, 408 F.3d 193, 203 n. 9 (5th Cir.2005). Consequently, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

